IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| Aaron Widay, Administrator of the Estate of Robert F. Widay, et al., | |
| Plaintiff, | Case No. 3:17-cv-00323-WHR |
| vs. | Judge: Walter H. Rice |
| Joseph Markov, et al., | |
| Defendant. | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Aaron Widay, Administrator of the Estate of Robert F. Widay, Aaron Widay, personally, and Tamela Moore, and Defendants, Joseph Markov and Donna Markov, have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned matter are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims in the above-captioned action are dismissed without prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

**IT IS SO ORDERED.**

Date: 1-21-18

_____
United States District Court Judge